Form 3A
(10/05)

# United States Bankruptcy Court

Northern District Of Illinois

In re _Gina Nelson_, Debtor

Case No. 07-19432

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 274 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50    Check one ☐ With the filing of the petition, or
              ☑ On or before _Nov. 17_

   $ 68.50    on or before _December 3, 2007_
   $ 68.50    on or before _December 17, 2007_
   $ 68.50    on or before _January 3, 2008_

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    _Gina Nelson_    10/18/07
Signature of Attorney          Date            Signature of Debtor    Date
                                               (In a joint case, both spouses must sign.)    Pro Se

_____
Name of Attorney

                                               _____    _____
                                               Signature of Joint Debtor (if any)    Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 19 2007
KENNETH S. GARDNER, CLERK
PS REP. - RD

OCT 19 2007

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____Northern_____ District Of _____Illinois_____

In re _____,           Case No. _____
            Debtor

                                            Chapter ____13____

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

☐      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐      IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____     Check one  ☐  With the filing of the petition, or
                                  ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                            BY THE COURT

Date: _____            _____
                                            _United States Bankruptcy Judge_