IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nelson, Gina

Printed: 3/11/08

Case Number: 07 B 19432
Judge: Squires, John H
Filed: 10/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | T Mobile USA | Unsecured | 571.62 | 0.00 |
| 2. | T Mobile USA | Unsecured | 80.27 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 522.00 | 0.00 |
| 4. | AmeriCash Loans, LLC | Unsecured | 2,233.25 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 402.67 | 0.00 |
| 6. | T Mobile USA | Unsecured | 508.45 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 346.50 | 0.00 |
| 8. | Sprint Nextel | Unsecured | 431.49 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 588.38 | 0.00 |
| 10. | Nicor Gas | Unsecured | 306.82 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 2,137.69 | 0.00 |
| 12. | Accounts Receivable Services Inc | Unsecured | | No Claim Filed |
| 13. | South Suburban College | Unsecured | | No Claim Filed |
| 14. | Cash Advance | Unsecured | | No Claim Filed |
| 15. | National Title Loans Inc | Unsecured | | No Claim Filed |
| 16. | Fingerhut | Unsecured | | No Claim Filed |
| 17. | ADT Security Systems | Unsecured | | No Claim Filed |
| 18. | Advance America | Unsecured | | No Claim Filed |
| 19. | Accounts Receivable Services Inc | Unsecured | | No Claim Filed |
| 20. | Rdk Collection Service | Unsecured | | No Claim Filed |
| 21. | Westbury Ventures | Unsecured | | No Claim Filed |
| 22. | Muncipal Collection Service | Unsecured | | No Claim Filed |
| 23. | Continental Credit Services | Unsecured | | No Claim Filed |
| 24. | Midamerica Cardiovascular Consultants | Unsecured | | No Claim Filed |
| 25. | Medical Recovery Specialists | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nelson, Gina

Printed: 3/11/08

Case Number: 07 B 19432
Judge: Squires, John H
Filed: 10/19/07

| | | | | |
|---|---|---|---|---|
| 26. | Pay Day Avenue | Unsecured | | No Claim Filed |
| 27. | TCF Bank | Unsecured | | No Claim Filed |
| 28. | Arrowhead Investments | Unsecured | | No Claim Filed |
| 29. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 30. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 31. | Imagine | Unsecured | | No Claim Filed |
| 32. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 33. | Global Financing | Unsecured | | No Claim Filed |
| 34. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 35. | Medical Recovery Specialists | Unsecured | | No Claim Filed |

_____                _____
$ 8,129.14                $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate        Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

